No. 01–1353.  LEE v. DOW CHEMICAL CO. ET AL., 535 U. S. 1073.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JULY 10, 2002

No. 02A34.  MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. BOTTOSON.  Application to vacate stay of execution of sentence of death entered by the Supreme Court of Florida on July 8, 2002, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 02A35.  MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. KING.  Application to vacate stay of execution of sentence of death entered by the Supreme Court of Florida on July 8, 2002, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JULY 17, 2002

No. 02–5240 (02A46).  HANSEN v. MISSISSIPPI.  Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.